IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY CARSON | * | |
| | * | |
| v. | * | Civil No. JFM-96-2882 |
| | * | |
| GIANT FOOD, INC., ET AL. | * | |

*****

ORDER

As stated on the record today, it is, this 9th day of December

ORDERED that Steven Storch is permitted to withdraw as plaintiffs' attorney.

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge