UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

December 9, 1999

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

Memo to Counsel Re: Gregory Carson, et al. v. Giant Food, Inc.
Civil No. JFM-96-2882

Dear Counsel:

In accordance with the rulings I made during the hearing held today, the schedule is hereby modified as follows:

| Date | Deadline |
|---|---|
| March 6, 2000 | Deadline for plaintiffs to make Rule 26(a)(2) disclosures |
| April 3, 2000 | Deadline for defendants to make Rule 26(a)(2) disclosures |
| May 1, 2000 | Deadline for plaintiffs to make rebuttal Rule 26(a)(2) disclosures |
| July 12, 2000 | Discovery deadline |
| September 11, 2000 | Deadline for defendants to file summary judgment motion and for plaintiffs to file class certification motion |
| November 6, 2000 | Deadline for plaintiffs to file opposition to defendants' summary judgment motion and a cross-motion for summary judgment and for defendants to file opposition to plaintiffs' class certification motion |
| December 4, 2000 | Deadline for defendants to file opposition/reply re summary judgment motions and for plaintiff to file a reply re class certification motions |
| January 18, 2001 | Deadline for plaintiffs to file a reply (if they have filed cross-motion for summary judgment) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File