IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY CARSON, et al.          *
                                *
v.                              *   Civil No. JFM 96-2882
                                *
GIANT FOOD INC., et al.         *
                                *
                             *****

## SCHEDULING ORDER

In accordance with the rulings I made during the hearing on December 9, 1999, the schedule is hereby modified as follows:

| | |
|---|---|
| March 6, 2000 | Deadline for plaintiffs to make Rule 26(a)(2) disclosures |
| April 3, 2000 | Deadline for defendants to make Rule 26(a)(2) disclosures |
| May 1, 2000 | Deadline for plaintiffs to make rebuttal Rule 26(a)(2) disclosures |
| July 15, 2000 | Discovery deadline |
| Sept. 11, 2000 | Deadline for defendants to file summary judgment motion and for plaintiffs to file class certification motion |
| Nov. 6, 2000 | Deadline for plaintiffs to file opposition to defendants' summary judgment motion and a cross-motion for summary judgment and for defendants to file opposition to plaintiffs' class certification motion |
| Dec. 4, 2000 | Deadline for defendants to file opposition/reply re judgment motions and for plaintiffs to file a reply re class certification motions |
| Dec. 18, 2000 | Deadline for plaintiffs to file a reply (if they have filed cross-motion for summary judgment) |

January 18, 2000

_____
J. Frederick Motz
United States District Judge