IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| GREGORY CARSON et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. JFM96-2882 |
| ) | |
| GIANT FOOD, INC. et. al. ) | |
| ) | |
| Defendants. ) | |
| ------------------------------) | |
| ) | |
| RAQUIB A. MUHAMMAD et. al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. JFM98-3565 |
| ) | |
| GIANT FOOD, INC. et. al. ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the plaintiffs' motion for enlargement of time and any opposition thereto and good cause having been shown it is this ____ day of _____ 2000 it is hereby,

ORDERED that the plaintiffs motions are GRANTED and it is further;

1

ORDERED that the Plaintiffs in <u>Carson</u> shall have until January 31, 2000 to file their reply to defendants opposition to plaintiffs motion to compel and it is further;

ORDERED that the Plaintiffs in <u>Muhammad</u> shall have until February 2, 2000 to file their response to defendant Pete Manos' motion to dismiss count II.

_____
UNITED STATES DISTRICT COURT JUDGE