IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------
GREGORY CARSON, et al.,            )
                                   )
            Plaintiff,             )   Civil Action No. JFM 96-2882
                                   )
    v.                             )
                                   )
GIANT FOOD INC., et al.,           )
                                   )
            Defendants.            )
------------------------------------

### MOTION TO WITHDRAW AS COUNSEL

Bijan Amini, Janis Ettinger and Lita Beth Torres, all attorneys with Storch Amini & Munves, P.C. ("SAM"), who were admitted pro hac vice as co-counsel for the plaintiffs herein, together with SAM itself and another of its lawyers, Steven G. Storch, hereby move, pursuant to Rule 101 of the Local Civil Rules of this Court, applicable state and common law and the inherent powers of this Court, for an order granting Mr. Amini, Ms. Ettinger and Ms. Torres leave to withdraw as co-counsel for the plaintiffs with Jo Ann P. Myles in the above-captioned action. In support of their motion, Mr. Amini, Ms. Ettinger and Ms. Torres respectfully refer the Court to their accompanying Declarations and to the papers filed in support of SAM's prior motion for such relief, which the Court granted as to Mr. Storch and the firm without specifically addressing Mr. Amini, Ms. Ettinger and/or Ms. Torres.

Dated:   New York, New York
         January 4, 2000

                                   Respectfully submitted,

                                   _____
                                   Bijan Amini