IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GREGORY CARSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. JFM-96-2882 |
| ) | |
| GIANT FOOD INC., et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

AND NOW, this ___ day of _____, 2000, IT IS ORDERED that Giant Food Inc.'s Motion for Permission to File a "Surreply" to Plaintiffs Blocker and Qualls' Reply in Support of their Motion to Compel Production of Documents and Compel is GRANTED.

Accordingly, IT IS FURTHER ORDERED that Giant Food Inc. SHALL FILE within ten (10) calendar days of the date of this Order its Surreply Memorandum.

SO ORDERED.

_____
J. Frederick Motz
United States District Judge

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 4 _ 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

cc:  Court File