### UNITED STATES DISTRICT COURT
#### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

FILED
LODGED
ENTERED
RECEIVED

FEB 9 - 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____

DEPUTY

February 9, 2000

Memo to Counsel Re: Gregory Carson, et al. v. Giant Food, et al.
Civil No. JFM-96-2882

Dear Counsel:

I have reviewed the memoranda submitted in connection with the motion to compel filed by plaintiffs Blocker and Qualls.

The motion is denied. Plaintiffs are not entitled to take discovery as to claims I have dismissed. Therefore, the premise of their motion is incorrect. If there are other items of information plaintiffs seek that relate to claims that were not dismissed, they must file an amended motion to compel. I cannot sort out from the present motion whether there are any such items of information.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

