IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY CARSON          *
                        *
     v.                 *   Civil No. JFM-96-2882
                        *
GIANT FOOD, INC., ET AL. *
                    *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 9th day of February 2000

ORDERED that the motion to compel filed by plaintiffs Blocker and Qualls be denied.

\_\_\_\_FILED  \_\_\_\_ENTERED
\_\_\_\_LODGED \_\_\_\_RECEIVED

FEB 9 _ 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

_____
J. Frederick Motz
United States District Judge

