IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FEB 14 2000

GREGORY CARSON, et al.

          Plaintiff(s)

vs.

GIANT FOOD INC., et al.

          Defendant(s)

Civil Action No. JFM-96-2882

___ FEE PAID
___ FEE NOT PAID (SEND LETTER)

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Robert P. Watkins__ Esquire a member of the Bar of this court, moves the admission of __Jeffrey M. Smith__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Giant Food Inc.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Maryland__

and/or the following United States Court(s): _____

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s). N/A

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

FEB 18 2000

Revised 6/98

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT: Robert P. Watkins
*Robert P. Watkins* (signature)
Signature
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Address  Edward Bennett Williams Bldg.
Washington, D.C. 20005

202-434-5151
Office phone number

202-434-5029 (fax)
Fax number

No. 06286
Md. U. S. District Court Number

PROPOSED ADMITTEE: Jeffrey M. Smith
*Jeffrey M. Smith* (signature)
Signature
WILLIAMS & CONNOLLY
725 12th Street, N.W.
Address  Edward Bennett Williams Bldg.
Washington, D.C. 20005

202-434-5136
Office phone number

202-434-5029 (fax)
Fax number

## ORDER

Motion ___✓___ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

_Feb 17 2000_ _____
Dated                     Judge, U. S. District Court

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission Pro Hac Vice for Jeffrey M. Smith was served on this 11th day of February, 2000, by first-class mail, postage prepaid, on the following counsel of record:

JoAnn P. Myles, Esq.
Law Offices of JoAnn P. Myles
1300 Mercantile Lane
Suite 139-S
Largo, MD 20774

Glenna E. Ellis, Esq.
Law Offices of Glenna E. Ellis
1300 Mercantile Lane
Suite 139-DD
Largo, MD 20774

Oscar Amorow, Esq.
Amorow & Kum, P.A.
7676 New Hampshire Avenue
Suite 315
Hyattsville, MD 20783

Counsel for Plaintiffs

_____
Jeffrey M. Smith