IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY CARSON, ET AL.  *
                        *
v.                      *  Civil No. JFM-96-2882
                        *
GIANT FOOD, INC., ET AL. *
                   *****

ORDER

For the reasons stated on the record on March 3, 2000, it is, this 6th day of March 2000

ORDERED

1. In accordance with the order being entered simultaneously in <u>Muhammad v. Giant Food</u>, Civil No. 98-3565, the Clerk is directed to docket in this action Plaintiffs' Motion to Strike the Untimely Answer of Defendants Giant Food, Inc., et al. that plaintiff improperly filed in the <u>Muhammad</u> action;

2. Defendants' motion to Withdraw Their Answer Filed December 10, 1999, is granted;

3. Plaintiffs' motion to Strike the Untimely Answer of Defendants Giant Food, Inc., et al. is denied as moot;

4. Plaintiffs are directed to file a supplemental memorandum in opposition of defendants' Motion for Leave to Amend their Answer to Plaintiffs' Amended Complaint on or before March 24, 2000 and defendants are directed to file a supplemental reply in support of their motion on or before April 7, 2000;

5. Plaintiffs' Expedited, Emergency and Renewed Motion to Amend Scheduling Order, etc. and For Sanctions is granted in part and denied in part;

6. The scheduling order is modified as stated on the record; and

7. Plaintiffs are not granted sanctions in connection with their motion to amend.

/s/
J. Frederick Motz
United States District Judge