UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| GREGORY CARSON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. JFM 96-2882 |
| ) | |
| GIANT FOOD INC., et al. ) | |
| ) | |
| Defendants. ) | |

<u>ORDER</u>

Having considered the Equal Employment Opportunity Commission's Motion to Withdraw Appearance, it is hereby ORDERED that the Commission's appearance, including the appearances of Gerald S. Kiel and Rosalind D. Gray, are withdrawn from this action.

It is SO ORDERED this 14th day of March, 2000.

_____
United States District Judge