IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY CARSON | * | |
| | * | |
| v. | * | Civil No. JFM-96-2882 |
| | * | |
| GIANT FOOD, INC., ET AL. | * | |
| | ***** | |

ORDER

Upon consideration of the memoranda submitted in connection with defendants' motion for leave to amend their answer, it is, this 10th day of April 2000

ORDERED that said motion be granted.

J. Frederick Motz
United States District Judge

