IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GREGORY CARSON | * |
| v. | * Civil No. JFM-96-2882 |
| GIANT FOOD INC., ET AL. | * |

ORDER

For the reasons stated on the record on July 5, 2000, it is, this 6th day of July 2000

ORDERED

1. Defendant Giant Food, Inc.'s motion to compel plaintiffs Anthony Blocker's and Jerry Mungro's responses to interrogatories is denied as moot; and

2. Giant defendants' motion for an order authorizing them to exceed the ten-deposition limit and to take five additional depositions is granted, each side is authorized to take fifteen depositions, and the discovery deadline is extended to July 31, 2000 for the sole purpose of permitting the additional depositions to be taken.

J. Frederick Motz
United States District Judge