FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP 21  P 1: 18

[illegible stamp]
_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____
                                  )
GREGORY CARSON et al.,            )
                                  )
         Plaintiffs,              )
                                  )
v.                                )
                                  )   Civil Action No. JFM-96-2882
GIANT FOOD INC., et al.,          )
                                  )
         Defendants.              )
_____)

## ORDER

Upon consideration of Defendant Giant Food Inc.'s Motion for an Order to Show Cause and to Compel Deposition, and ~~any response(s)~~ *plaintiff's objections* thereto, it is hereby

ORDERED that the motion be, and the same hereby is, GRANTED; and it is

~~FURTHER ORDERED that Kevin D. Slocum is commanded to appear before this Court on _____, 2000, at _____ to show cause why he should not be held in contempt of Court for his failure to obey a subpoena that was lawfully served upon him; and it is~~ /s/

FURTHER ORDERED that Kevin D. Slocum is commanded to appear for a deposition within two weeks of the date of the signing of this Order, at a date to be mutually agreed upon between the parties and Mr. Slocum. This Court further warns Kevin D. Slocum that if he fails to appear for his deposition on the date

- 2 -

agreed upon between him and the parties, that this Court will take appropriate action including the imposition of a fine.

Date: September 21, 2000

J. Frederick Motz
United States District Judge