IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY CARSON, ET AL.          *
        Plaintiff
                                      *
    vs.                                      Case No.: JFM-96-2882
                                      *
GIANT FOOD, ET AL.
        Defendant          *

******

## ORDER

Upon consideration of plaintiffs' motion to withdraw motion to sever individual plaintiff Jerry Mungro, it is, this 26th day of September 2000

ORDERED

1. Plaintiffs' motion be granted; and

2. Plaintiffs' motion to sever individual plaintiff Jerry Mungro is deemed withdrawn.

                                                    _____
                                                    J. Frederick Motz
                                                    United States District Judge