IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY CARSON, ET AL.        *

v.                                   *    Civil No. JFM-96-2882

GIANT FOOD, INC., ET AL.       *

*****

ORDER

Jerry Mungro has filed a motion to have Jo Ann P. Myles, Esq., withdraw as his counsel of record. Ms. Myles, and the other attorneys who previously have entered their appearance on behalf of Mr. Mungro ("Ms. Myles et al.") have, in turn filed their own motion to withdraw as counsel for Mr. Mungro. In that motion they seek an attorney's lien against any recovery obtained by Mr. Mungro.

The motion of Ms. Myles et al. to withdraw as counsel of record for Mr. Mungro will be granted but no order permitting them any lien upon any recovery made by Mr. Mungro will be entered. Since the motion of Ms. Myles et al. to withdraw is being granted, Mr. Mungro's motion to have Ms. Myles withdraw her appearance will be denied as moot.

Accordingly, it is, this 2_/ day of November 2000

ORDERED

1. Ms. Myles', et al. motion for leave to withdraw as counsel of record for plaintiff Jerry Mungro is granted, provided, however, that no attorney's lien against any recovery obtained by Mr. Mungro is authorized;

2. The appearance of Jo Ann P. Myles, Glenna Ellis, the Law Firm of Glenna Ellis and Oscar Amorrow, the Law Firm of Amorrow & Kum P.A. on behalf of Mr. Mungro is stricken; and

3. Mr. Mungro's motion to have Ms. Myles withdrawn as his counsel is denied as moot.

_____
J. Frederick Motz
United States District Judge