**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

November 29, 2000

Memo To Counsel Re: Carson, et al. v. Giant Food, Inc., et al.
Civil No. JFM-96-2882

Dear Counsel:

I am in receipt of Mr. Watkins' letter of November 28, 2000.

As requested by Mr. Watkins (and concurred in by Ms. Myles), further proceedings in this case are suspended until January 19, 2001.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

