UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

GREGORY CARSON, et al.           *
                                 *
v.                               *  Civil No. JFM-96-2882
                                 *
GIANT FOOD INC., et al.          *
                                 *
                              *****

## SCHEDULING ORDER

In accordance with the rulings I made during the scheduling conference held on March 23, 2001, the schedule in this case is hereby modified as follows:

| | |
|---|---|
| June 1, 2001 | Deadline for defendants to file summary judgment motions |
| June 29, 2001 | Deadline for plaintiffs to file class certification motion |
| August 31, 2001 | Deadline for plaintiffs to file opposition to defendants' summary judgment motions and cross-motion(s) for summary judgment and for defendants to file opposition to plaintiffs' class certification motion |
| October 26, 2001 | Deadline for defendants to file opposition/reply re summary judgment motions and for plaintiffs to file a reply re class certification motion |
| November 16, 2001 | Deadline for plaintiffs to file a reply (if they have filed cross-motion(s) for summary judgment) |
| December 14, 2001 (9:30 a.m.) | Hearing |

March 27, 2001

/s/ J. Frederick Motz
J. Frederick Motz
United States District Judge