IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY CARSON      *

     v.      *   Civil No. JFM-96-2882

GIANT FOOD, INC., ET AL.      *

\*\*\*\*\*

ORDER

The docket reflects that certain rulings I have made have not been formally recorded. Accordingly, in order to make the docket current, it is, this 22nd day of June 2001

ORDERED

1. The motion to continue filed on January 22, 2001 is denied;

2. The motion to stay filed on January 22, 2001 is denied; and

3. The motion for miscellaneous relief filed on February 22, 2001 is denied.

_____
J. Frederick Motz
United States District Judge

