JUL 6 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

```
------------------------------------------ )
                                           )
GREGORY CARSON et. al.                     )
                                           )
       Plaintiffs,                         )
                                           )
       v.                                  )  Civil Action No. JFM96-2882
                                           )
GIANT FOOD, INC. et. al.                   )
                                           )
       Defendants                          )
                                           )
_____ )
```

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiffs Gregory Carson, Wilbert Skipper, Melvyn Connor, William Ingram, David Newman, Maurice Mathews. Anthony Blocker, David Jones, John Dallas and W. Kirb Qualls, by and through their undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil procedure, respectfully moves this Court to grant a one day Enlargement of Time in which Plaintiffs must file the Motion For Class Certification. Plaintiffs moves this court for an extension until July 2, 2001. In support of Plaintiffs' motion they state the following:

1. The Court's Order of March 27, 2001 allowed Plaintiffs until today June 29, 2001 to file their motion for class certification.

2. However, the number of class members that have come forward and given interviews and affidavits have been substantial. Presently, a number of Class members

1

due to their work and vacation schedules have been unable to sign and review their affidavits in support of this motion.

3. Thus, Plaintiffs seek a one day extension until Monday June 29, 2001 in which to have all putative class members to review and sign their affidavits and file their motion for class certification on Monday July 2, 2001.

4. Plaintiffs' Counsel contacted defense Counsel Robert P. Watkins in this matter and he has agreed not to oppose the motion. The Plaintiffs have agreed to hand deliver to the defendants' counsel their copy of the motion before 5:00 p.m. on Monday July 2, 2001.

5. This request to the court is necessary in order to assure that the motion for class certification is fully supported and that this court hears all putative class members who participated in this matter.

6. That without the extension the putative class members will be prejudiced and harmed. This extension would not prejudice nor harm the defendants in this matter.

Wherefore for having shown good cause, Plaintiffs moves this Court for a one day extension of time in which to file their Motion For Class Certification, until Monday June 29, 2001.

Respectfully submitted,

*(signature)*
Jo Ann P. Myles
1300 Mercantile Lane
Suite 139
Largo, Maryland 20774
(301) 474-0261
Plaintiff's Counsel
Bar No. 04412

Date:  June 29, 2001

## CERTIFICATE OF SERVICE

I hereby Certify that Plaintiffs Unopposed Motion For Enlargement of Time was mailed postage prepaid this 29th day of June 2001 to:

Robert P. Watkins, Esquire
Kumiki Gibson, Esquire
Williams and Connolly
725 Twelfth Street N.W.
Washington, D.C.  20005

*(signature)*
Jo Ann P. Myles