IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

```
-------------------------------------- )
                                       )
GREGORY CARSON et. al.                 )
                                       )
        Plaintiffs,                    )
                                       )
v.                                     ) Civil Action No. JFM96-2882
                                       )
GIANT FOOD, INC. et. al.               )
                                       )
        Defendants                     )
                                       )
_____)
```

_____FILED _____ENTERED
_____LOGGED _____RECEIVED

JUL 2 2001

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

## AMENED MOTION FOR ENLARGEMENT OF TIME

Plaintiffs Gregory Carson, Wilbert Skipper, Melvyn Connor, William Ingram, David Newman, Maurice Mathews. Anthony Blocker, David Jones, John Dallas and W. Kirb Qualls, by and through their undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil procedure, respectfully moves this Court to grant an Enlargement of Time in which Plaintiffs must file the Motion For Class Certification. Plaintiffs move this court for an extension until Tuesday, July 3, 2001. In support of Plaintiffs' motion they state the following:

1.   The Court's Order of March 27, 2001 allowed Plaintiffs until today June 29, 2001 to file their motion for class certification.

2.   On June 29, 2001 Plaintiffs sought an extension in the matter until Monday July 2, 2001 to file their motion. in order to give a number of class members the

1

opportunity to sign and review their affidavit. However, Plaintiffs' Counsel underestimated the necessary time in which to assist the class members on that issue. A more than substantial amount of time was spent assisting the putative class.

3. Thus, Plaintiffs seek an extension until Tuesday, July 3, 2001 in which to have all putative class members to review and sign their affidavits and file their motion for class certification on Tuesday, July 3, 2001.

4. Plaintiffs' Counsel contacted defense Counsel Robert P. Watkins in this matter and he has not agreed not to oppose the motion. However, Plaintiffs do not oppose the Court giving defendants additional time in which to respond to the Plaintiffs' motion for class certification.

5. This request to the court is necessary in order to assure that the motion for class certification is fully supported and that this court hears all putative class members who participated in this matter.

6. That without the extension the putative class members will be prejudiced and harmed. This extension would not prejudice nor harm the defendants in this matter.

Wherefore for having shown good cause, Plaintiffs moves this Court for an extension of time in which to file their Motion For Class Certification, until Tuesday July 3, 2001.

Respectfully submitted,

/s/ Jo Ann P. Myles
Jo Ann P. Myles
1300 Mercantile Lane
Suite 139
Largo, Maryland 20774
(301) 474-0261
Plaintiff's Counsel
Bar No. 04412

Date: July 2, 2001

## CERTIFICATE OF SERVICE

I hereby Certify that Plaintiffs Unopposed Motion For Enlargement of Time was mailed postage prepaid this 2nd day of July 2001 to:

Robert P. Watkins, Esquire
Kumiki Gibson, Esquire
Williams and Connolly
725 Twelfth Street N.W.
Washington, D.C. 20005

/s/ Jo Ann P. Myles