FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

2001 AUG 29 A 9: 03

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| GREGORY CARSON et. al. | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. JFM96-2882 |
| GIANT FOOD INC., et. al., | ) ) | |
| Defendants. | ) ) ) | |

# O R D E R

Upon consideration of Plaintiffs Motion For Enlargement of Time and it appearing proper and just, it is this 24th day of Aug , 2001,

ORDERED that Plaintiffs motion for and enlargement of time is hereby GRANTED and it is further,

ORDERED that Plaintiffs shall have until September 7, 2001 in which to file their responses to defendants' motions for summary judgments.

_____
UNITED STATES DISTRICT COURT JUDGE

