Law Offices of

**JO ANN P. MYLES**

1300 Mercantile Lane
Suite 139-S
Largo, Maryland 20774

Office 301-474-0261

Fax 301-474-3215

FILED
U.S. DISTRICT COURT

October 3, 2001

Clerk of the Court
C/O Shirley Frank
United States District Court
Of Maryland
101 W. Lombard Street
Courthouse
Baltimore, Maryland 21212

Re: <u>Carson et. al. v. Giant Food, Inc et. al. JFM96-2882</u>

Dear Madame Clerk:

Please "Seal" the following documents and/or pages filed by Plaintiffs in their responses and oppositions to Giant's motions for summary judgment in accordance with the Court's "Confidentiality Order" in this matter:

(1) Exhibit 10 in Exhibit Volume 1 (Seal) and

(2) Exhibit 72 B attached to Plaintiffs Dallas and Jones Opposition To Motion For Summary Judgment (Seal) and

(3) Page 24 of Plaintiff Mathews' Opposition To Giant's Motion For Summary Judgment (Seal).

Thank you for your prompt attention to this matter.

Very Truly Yours,

Jo Ann P. Myles

Copy to Counsel of Record