

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GREGORY CARSON, ET AL. | * |
| | * |
| | * Civil No. JFM-96-2882 |
| | * |
| GIANT FOOD, INC., ET AL. | * |

\*\*\*\*\*

## ORDER

Giant defendants have filed a motion to strike plaintiffs' opposition to their motion for summary judgment as to W. Kirb Qualls and Melvin Connor. The defendants' frustration with plaintiffs' disregard of deadlines set by this court is entirely understandable and their motion is not inappropriate. Nevertheless, given the public interest in having disputes resolved on their merits rather than procedural issues, the motion will be denied. Accordingly, it is, this 11th day of October 2001

ORDERED that the motion filed by the Giant defendants to strike plaintiffs' opposition to Giant Food, Inc.'s motion for summary judgment as to W. Kirb Qualls and Melvin Connor is denied.

/s/ J. Frederick Motz
United States District Judge

