IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

| | |
|---|---|
| GREGORY CARSON et. al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. JFM96-2882 |
| | ) |
| GIANT FOOD, INC. et. al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

UPON consideration of Plaintiffs' Motion to file their Reply Brief beyond the page limitation and any opposition thereto and it appearing proper and just, on this 23rd day of October 2001 it is hereby,

ORDERED that Plaintiffs' motion to file their Reply Brief in response to defendants' Opposition To Plaintiffs' Motion For Class Certification is hereby GRANTED and it is further,

ORDERED, those Plaintiffs shall be allowed to file their Reply Brief with a page limitation of 42 pages.

_____ for JFM
UNITED STATES DISTRICT COURT JUDGE