**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 NOV -9 P 2: 19
CLERK'S OFFICE
AT BALTIMORE
DEPUTY

November 9, 2001

Memo To Counsel Re: Gregory Carson, et al. v. Giant Food, Inc., et al.
Civil No. JFM-96-2882

Dear Counsel:

This will confirm that the hearing in this case will be held at 10:00 a.m. on December 19, 2001.

Very truly yours,

J. Frederick Motz
United States District Judge