IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY CARSON, ET AL | * | |
| | * | |
| v. | * | Civil No. JFM-96-2882 |
| | * | |
| GIANT FOOD, INC., ET AL. | * | |
| | ***** | |

ORDER

Upon consideration of plaintiffs' motion to alter and amend the court's order dated October 11, 2001 and to correct the docket sheet, it is, this 21st day of November 2001

ORDERED that said motion be denied.

_____
J. Frederick Motz
United States District Judge

