**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

February 20, 2002

Memo To Counsel Re: Gregory Carson, et al. v. Giant Food, Inc., et al.
Civil No. JFM-96-2882

Dear Counsel:

I am today issuing a series of opinions that denies plaintiffs' motion for class certification and grants defendants' motion for summary judgment as to the claims for all of the individual defendants with one exception: the claim for hostile work environment asserted by Mr. Carson.

Since one of Mr. Carson's claims survives summary judgment, a trial schedule on that claim must be set.

A scheduling conference will be held at 8:30 a.m. on March 1, 2002. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Very truly yours,

J. Frederick Motz
United States District Judge

P.S. In the event that Plaintiffs wish to seek an interlocutory appeal of my ruling denying them class certification, they should do so immediately. See Fed. R. Civ. P. 23(f).