IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GREGORY CARSON, ET AL. | ) |
| Plaintiffs | ) |
| v. | ) Civil No. JFM-96-2882 |
| GIANT FOOD, INC., ET AL. | ) |
| Defendants | ) |

### ORDER

As stated in the accompanying memorandum to counsel, it is, this 20th day of February 2002

ORDERED

1. Plaintiffs' renewed motion for sanctions is granted; and

2. Giant is directed to pay $25,000 to Plaintiffs.

J. Frederick Motz
United States District Judge

