IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 FEB 20  P 12: 27

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

GREGORY CARSON, et al.,          )
                    Plaintiff   )
                                 )
                                 )     Civil Action No.: JFM-96-2882
                                 )
        v.                       )
                                 )
                                 )
GIANT FOOD, INC., et al.,        )
                                 )
                    Defendants   )
_____)

## ORDER

For the reasons stated in the accompanying Opinion, it is, this 20th day of February 2002

ORDERED

1. Plaintiffs' motion for class certification, preliminary injunctive relief and bifurcation of liability and damage trials is Denied;

2. Defendants' motions for summary judgment are Granted as to all claims of Plaintiff Carson, except Carson's hostile work environment claim against Giant under section 1981;

3. Defendant Giant's motion for summary judgment is Denied as to the hostile work environment claim under 42 U.S.C. § 1981 of Plaintiff Carson;

4. The Clerk is directed to open nine new cases in eight of which each of the plaintiffs in this action, other than Gregory Carson, John Dallas, Jr., and David Jones, is named as the plaintiff, and in the ninth of which John Dallas, Jr. and David Jones are named as the plaintiffs; provided, however, that in the event of an appeal by more than one plaintiff, the cases shall be

consolidated and only one filing fee need be paid.

J/Frederick Motz
United States District Judge