**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

March 1, 2002

Memo To Counsel Re: Gregory Carson, et al. v. Giant Food, Inc.
Civil No. JFM-96-2882

Dear Counsel:

This will confirm the schedule set during the conference held today.

| | |
|---|---|
| April 2, 2002 | Deadline for plaintiff to submit to defendant the first draft of the pretrial order in accordance with Local Rule 106.3 |
| April 5, 2002 | Deadline for defendant to submit proposed voir dire questions and proposed jury instructions |
| April 12, 2002 | Deadline for defendant to submit to plaintiff its proposed revisions and additions to plaintiff's draft of the pretrial order |
| April 17, 2002 | Deadline for submission to court of final draft of the pretrial order to the court and for plaintiff to submit to court substitutive and supplemental proposed voir dire questions and jury instructions |
| April 19, 2002 9:30 a.m. | Pretrial conference |
| May 20, 2002 | Trial (jury; estimated to last one week; we will sit on Friday) |

I have enclosed a copy of my boilerplate jury instructions related to credibility of witnesses, burden of proof, and the like.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File