# BUTSAVAGE & ASSOCIATES, P.C.

ATTORNEYS AT LAW
1920 L STREET, N.W., SUITE 510
WASHINGTON, D.C. 20036
202/861-9700
FAX: 202/861-9711

Carey R. Butsavage
Marc A. Stefan
Mark H. Reynolds*
Dianna M. Louis*

*Admitted in Maryland Only

March 27, 2002

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 29 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Clerk
United States District Court
101 W. Lombard Street
Baltimore, MD  21201-2691

Re:  Gregory Carson et al. vs. Giant Food et al.
     Civil Docket No. JFM-96-2882

Dear Clerk:

In order to discontinue receiving documentation regarding the above-referenced case, please term the following attorneys as "disinterested" parties.

Carey R. Butsavage
Marc A. Stefan

I appreciate your assistance in this matter.

Sincerely,

*Carey R. Butsavage*

Carey R. Butsavage
Counsel for UFCW Local 400

C:\My Documents\RCB\400\Miscellaneous\G Carson Ltr.doc