IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY CARSON | * | |
| | * | |
| v. | * | Civil No. JFM-96-2882 |
| | * | |
| GIANT FOOD, INC., ET AL. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this _2nd_ day of _April_ 2002

ORDERED

1. The clerk is directed to file the attached February 24, 2002 letter from plaintiffs' counsel to the court as a motion to alter and amend the ruling made by this court on February 20, 2002;

2. The motion is denied; and

3. The $25,000 award should be paid in accordance with the procedure set forth in the accompanying Memorandum.

_____
J. Frederick Motz
United States District Judge

