
**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

April 19, 2002

Memo To Counsel Re: Gregory Carson, et al. v. Giant Food, Inc.
Civil No. JFM-96-2882

Dear Counsel:

This will confirm the schedule set during the conference today.

| | |
|---|---|
| April 29, 2002 | Deadline for plaintiff to file motion to amend or supplement complaint |
| May 1, 2002 | Deadline for plaintiff's motions in limine and for plaintiff's opposition to defendants' motions in limine |
| May 3, 2002 | Deadline for defendant to oppose plaintiff's motion to amend or supplement complaint |
| May 10, 2002 | Deadline for plaintiff's reply in support of motion to amend or supplement complaint and defendant's opposition to plaintiff's motions in limine |
| May 13, 2002 9:30 a.m. | Motions hearing |

This will also confirm that I will grant plaintiff's motion to stay designation of the record in the related cases pending the outcome of the trial in this case. I will also grant defendant's motion to interview ex parte African-American employees. Of course, Giant and its counsel will not interview anyone who states that he or she is represented by Ms. Myles. Further, counsel for Giant will of course identify themselves as such to the persons whom they seek to interview and make it clear that the persons need not speak with them.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File