IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY CARSON        *
       *
v.        *   Civil No. JFM-96-2882
       *
GIANT FOOD INC., ET AL.        *
*****

ORDER

It is, this 19th day of April 2002

ORDERED

1. Giant Food, Inc.'s motion to interview <u>ex parte</u> African-American employees is granted; and

2. Plaintiff's motion to alter or amend and to stay this court's order dated March 25, 2002 is granted to the extent that it seeks to delay the date on which the record on appeal must be designated until some time after the trial in <u>Carson v. Giant</u>, JFM-96-2882.

_____
J. Frederick Motz
United States District Judge

