IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GREGORY CARSON | * | |
| | * | |
| v. | * | Civil No. JFM-96-2882 |
| | * | |
| GIANT FOOD INC., ET AL. | * | |

*****

AMENDED ORDER

It is, this 24th day of April 2002

ORDERED

1. Paragraph 1 of the order entered on April 19, 2002 is hereby reaffirmed and Giant Food, Inc.'s motion to interview <u>ex parte</u> African-American employees is granted;

2. Paragraph 2 of the April 19, 2002 is withdrawn; and

3. Plaintiff's motion to alter or amend and to stay this court's order dated March 25, 2002 is granted to the extent that it seeks a stay of that order until the Fourth Circuit has decided plaintiffs' motion to stay the appeal.

_____
J. Frederick Motz
United States District Judge