IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GREGORY A. CARSON ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. JFM-96-2882 |
| ) | |
| GIANT FOOD, INC., et. al. ) | |
| ) | |
| *Defendants.* ) | |

## NOTICE OF DISMISSAL AND ORDER

Plaintiff Gregory E. Carson HEREBY STIPULATES AND AGREES by and through his undersigned counsel, that all of his claims in the above captioned action be dismissed with prejudice and costs shall be adjusted between the parties in accordance with their agreement.

Respectfully submitted,

_____ 5/22/02
Jo Ann P. Myles, Esquire
Law Office of Jo Ann P. Myles
1300 Mercantile Lane Suite 139-S
Largo, Maryland 20774
Bar No. 04412
(301) 474-0261

ATTORNEY FOR PLAINTIFF

SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Notice of Dismissal And Order was served on this 22nd day of May 2002 to the defendant's attorneys postage prepaid by first class mail:

Robert P. Watkins, Esquire
Kumiki Gibson, Esquire
Williams & Connolly LLP
725 Twelfth Street
Washington, D.C. 20005

Attorney For Defendant

Jo Ann P. Myles