

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREGORY CARSON      *
     *
     *   Civil No. JFM-96-2882
v.      *
     *
GIANT FOOD, INC.      *
*****

ORDER

Upon consideration of plaintiff's motion to Correct the Docket Sheet and District Court Record and defendants' opposition thereto, it is, this 18th day of June 2002

ORDERED that the motion be denied.

/s/
_____
J. Frederick Motz
United States District Judge

