

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GREGORY CARSON, ET AL. | * |
| | * |
| v. | * Civil No. JFM-96-2882 |
| | * |
| GIANT FOOD, INC., ET AL. | * |

*****

ORDER

Upon consideration of plaintiffs' motion to alter and/or amend court order dated June 18, 2002 and for clarification, it is, this 24th day of July 2002

ORDERED that the motion be denied.

_____
J. Frederick Motz
United States District Judge

356